```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 35061
   ROBERT MARQUES
   MARIA GUADALUPE MARQUES                          CHAPTER 13

                                                    JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-1996      SSN XXX-XX-1056


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/21/04 and confirmed on 11/15/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   58144.99 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00            .00           .00
GMAC RESCAP LLC          SECURED                .00            .00           .00
HYUNDAI MOTOR FINANCE CO SECURED                .00            .00           .00
CITICARDS PRIVATE LABEL  SECURED             500.00           9.59        500.00
RESURGENT CAPITAL SERVIC UNSECURED          8350.07            .00       8350.07
ROUNDUP FUNDING LLC      UNSECURED          5416.00            .00       5416.00
RESURGENT CAPITAL SERVIC UNSECURED           794.56            .00        794.56
CAPITAL ONE FINANCIAL    UNSECURED          8072.41            .00       8072.41
RESURGENT CAPITAL SERVIC UNSECURED          9954.76            .00       9954.76
CITIBANK NA              UNSECURED         NOT FILED           .00           .00
HOME DEPOT               UNSECURED         NOT FILED           .00           .00
WORLD FINANCIAL NETWORK  UNSECURED            357.21           .00         357.21
ECAST SETTLEMENT CORPORA UNSECURED         19072.92            .00      19072.92
ECAST SETTLEMENT CORPORA UNSECURED           830.33            .00        830.33
          Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   500.00         .00      52848.26         .00      53348.26
PRINCIPAL PAID       500.00         .00      52848.26         .00      53348.26
INTEREST PAID          9.59         .00           .00         .00          9.59
TOTAL PAID           509.59         .00      52848.26         .00      53357.85
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $    550.00   direct and $   2150.00  through the plan.

The Trustee received $    2634.82 .

Refunds to the Debtor totaled $      2.32 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 35061 ROBERT MARQUES & MARIA GUADALUPE MARQUES